# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ANTHONY WAYNE JOHNSON, JR. <br> Petitioner, <br> v. <br> ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, <br> Respondent. | No. CV 10-3350 GW (JCG) <br><br> JUDGMENT |

Pursuant to the Order Summarily Dismissing Successive Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction, **IT IS ADJUDGED** that this action is summarily dismissed without prejudice pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: November 1, 2010

GEORGE H. WU
UNITED STATES DISTRICT JUDGE